IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES, | No. CV 04-650-HA |
| ex rel., | ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY FEES |
| MICHAEL DARRIG, | |
| Plaintiffs, | |
| v. | |
| MEDICAL CONSULTANTS NETWORK, INC., a Washington Corporation, | |
| Defendant. | |

Before the Court is defendant's request for attorney fees [47]. Plaintiff filed objections [50].

Based on plaintiff's objections, which are hereby incorporated, defendant's motion for attorney fees is denied.

DATED this 24 day of May, 2007.

Ancer L. Haggerty
Chief U. S. District Court Judge

ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEY FEES